No. 1192, Misc. HOY v. NEVADA. Sup. Ct. Nev.. Certiorari denied.

No. 1196, Misc. AMES v. MIDDLEBROOKS, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 1197, Misc. HACKER v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 1201, Misc. CONDE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1203, Misc. LOSIEAU v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 1204, Misc. FERRO v. WILSON, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1205, Misc. COX v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 1207, Misc. HURLEY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner pro se. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 1211, Misc. GOODPASTER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1214, Misc. SCHACK v. KATZENBACH. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.